# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARCELLA ANDERSON PUCKETT,

    Plaintiff,

v.                                                       Case No: 8:21-cv-1834-CEH-SPF

AIN JEEM, INC., BRICKELL IP
GROUP PLLC and ACKERMAN,

    Defendants.
_____/

## **ORDER**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on September 30, 2021 (Doc. 7). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied; (2) Plaintiff's complaint (Doc. 1) be dismissed without prejudice and with leave to amend; (3) Plaintiff be directed to file an amended complaint that conforms to federal pleading standards and be directed to file the applicable filing fee together with her amended complaint; and (4) Plaintiff be advised that failure to file an amended complaint or to pay the filing fee may result in dismissal of this case without prejudice and without further notice. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is DENIED.

(3) Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. Plaintiff is granted leave to file an amended complaint on or before **November 9, 2021** that conforms to federal pleading standards. Additionally, Plaintiff shall file the applicable filing fee together with her amended complaint.

(4) Plaintiff is advised that failure to file an amended complaint or pay the filing fee may result in dismissal of this case without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida on October 19, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Marcella Anderson Puckett
Counsel of Record